# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

CARL TATE,
ADC #105109                                                                                    PLAINTIFF

v.                                    No. 2:17-cv-95-DPM-BD

WENDY KELLEY, Director, Arkansas
Department of Correction; VALLORIE
WESTBROOK, Classification Officer,
EARU; STEIVES, Doctor and Medical
Director, Correct Care Services; CAMPBELL,
Doctor, EARU; and McVAY, LPN, EARU                                    DEFENDANTS

## ORDER

Tate agrees, № 8, with the Magistrate's partial recommendation, № 6, which the Court adopts. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Tate's claims for money damages against all defendants in their official capacities are dismissed with prejudice. The Court directs the Clerk to correct the docket so that № 8 is shown as a notice and to correct the spelling of Kelley's name.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 July 2017