IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CARL TATE                                                                           PLAINTIFF

v.                              No. 2:17-cv-95-DPM-BD

WENDY KELLEY, Director, Arkansas
Department of Correction; VALLORIE
WESTBROOK, Classification Officer,
EARU; STEIVES, Doctor and Medical
Director, Correct Care Services;
CAMPBELL, Doctor, EARU; McVAY,
LPN, EARU; and RORY GRIFFIN,
Doctor, Correct Care Solutions                                                     DEFENDANTS

ORDER

Unopposed recommendation, № 36, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Kelley and Westbrook's motion for summary judgment, № 21, is granted. Tate did not properly name either defendant in the ADC grievance process. № 21-1. Therefore his claims against Kelley and Westbrook are dismissed without prejudice for failure to exhaust. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 December 2017