# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

CARL TATE                                                              PLAINTIFF

v.                              No. 2:17-cv-95-DPM-BD

STEIVES, Doctor and Medical
Director, Correct Care Services; CAMPBELL,
Doctor, EARU; McVAY, LPN, EARU;
and RORY GRIFFIN, Director, Correct
Care Solutions                                                        DEFENDANTS

## ORDER

Unopposed partial recommendation, № 45, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Griffin's motion for summary judgment, № 41, granted. Tate's claims against Griffin are dismissed without prejudice for failure to exhaust.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 January 2018