# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

CARL TATE
ADC #105109                                                              PLAINTIFF

v.                              No. 2:17-cv-95-DPM

JEFFREY STIEVE, Doctor and Medical
Director, Correct Care Services;
GERALDINE CAMPBELL, Doctor, EARU;
and SARA McVAY, LPN, EARU                                                DEFENDANTS

## ORDER

1. Motion, № 73-1, partly granted and partly denied. This Order serves as the requested status update. But it's unclear what dates Tate wants to amend.

2. On *de novo* review, the Court adopts the recommendation, № 72, as supplemented and overrules Tate's objections, № 75 & № 76. FED. R. CIV. P. 72(b)(3). The supplement: Tate says McVay promised to get his prescription for pain medicine renewed if he signed a form refusing treatment. № 66-2 at 54–55. That claim is troubling. But it amounts to a claim about delayed medical treatment; and Tate hasn't presented verifying medical evidence showing that the delay harmed him. *Crowley v. Hedgepeth*, 109 F.3d 500, 502 (8th Cir. 1997). The motion for summary judgment, № 64, is therefore granted. Tate's claims against Stieve, Campbell, and McVay will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 August 2018