IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CARL TATE
ADC #105109                                                              PLAINTIFF

v.                              No. 2:17-cv-95-DPM

WENDY KELLEY, Director, Arkansas
Department of Correction; VALLORIE
WESTBROOK, Classification Officer,
EARU; JEFFREY STIEVE, Doctor and
Medical Director, Correct Care Services;
GERALDINE CAMPBELL, Doctor, EARU;
SARA McVAY, LPN, EARU; and RORY
GRIFFIN, Director, Correct Care Solutions         DEFENDANTS

## JUDGMENT

1. Tate's official-capacity claims for money damages are dismissed with prejudice.

2. Tate's claims against Stieve, Campbell, and McVay are dismissed with prejudice.

3. All other claims are dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 August 2018